**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
RICHARD ARDISSON,

               Plaintiff,                     23 **CIVIL** 4270 (ER)(SN)

     -v-                                    **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated December 28, 2023, that the action be, and

hereby is, reversed and  remanded to the Commissioner of Social Security, pursuant to sentence

four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
       December 28, 2023

                                   **RUBY J. KRAJICK**
                          _____
                               **Clerk of Court**

      **BY:**                               **Deputy Clerk**